```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 44728
   LYNN ALLEN JENSEN
   MARY JANE JENSEN                             CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3227    SSN XXX-XX-0423

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/06/2004 and was confirmed 04/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  72.69% from remaining funds.

     The case was dismissed after confirmation 03/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV   SECURED                 .00         .00           .00
OPTION ONE MORTGAGE        CURRENT MORTG           .00         .00           .00
OPTION ONE MORTGAGE        MORTGAGE ARRE      2319.40         .00       2319.40
BG INVESTMENTS INC         PRIORITY        NOT FILED          .00           .00
COOK COUNTY TREASURER      SECURED                 .00         .00           .00
ST ALEXIUS EMERGENCY ASS   UNSECURED               .00         .00           .00
ST ALEXIUS EMERGENCY ASS   UNSECURED         1118.00          .00        432.40
ANTIOCH ANIMAL HOSPITAL    UNSECURED        NOT FILED          .00           .00
APRIA HEALTHCARE INC       UNSECURED        NOT FILED          .00           .00
AT&T                       UNSECURED        NOT FILED          .00           .00
BARRINGTON ORTHOPEDIC      UNSECURED        NOT FILED          .00           .00
CENTRAL DUPAGE HOSPITAL    UNSECURED        NOT FILED          .00           .00
CINGULAR WIRELESS          UNSECURED          526.48          .00        198.43
COMMONWEALTH EDISON        UNSECURED         4968.98          .00       1947.18
COMCAST                    UNSECURED        NOT FILED          .00           .00
HAWTHORNE ARCHITECTURE     UNSECURED        NOT FILED          .00           .00
KANU PANCHAL MD            UNSECURED        NOT FILED          .00           .00
MARK DUBIN MD LLC          UNSECURED        NOT FILED          .00           .00
MCI TELECOMMUNICATIONS I   UNSECURED        NOT FILED          .00           .00
MEDICAL CENTER ANESTHESI   UNSECURED        NOT FILED          .00           .00
NEOPATH SC                 UNSECURED        NOT FILED          .00           .00
NEW ACCESS COMMUNICATION   UNSECURED        NOT FILED          .00           .00
NICOR GAS                  UNSECURED          429.76          .00        166.23
NORTHWEST NEUROLOGY LTD    UNSECURED        NOT FILED          .00           .00
RADIOLOGICAL CON OF WOOD   UNSECURED        NOT FILED          .00           .00
ST ALEXIUS EMERGENCY ASS   UNSECURED        NOT FILED          .00           .00
ST ALEXIUS MEDICAL CENTE   UNSECURED        NOT FILED          .00           .00
ST ALEXIUS MEDICAL CENTE   UNSECURED        19721.11          .00       8571.44
ST ALEXIUS MEDICAL CENTE   UNSECURED               .00         .00           .00
STAR MEDICAL RX            UNSECURED        NOT FILED          .00           .00
SUBURBAN LUNG ASSOCIATES   UNSECURED        NOT FILED          .00           .00
CENTER FOR SPORTS ORTHOP   UNSECURED        NOT FILED          .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 44728 LYNN ALLEN JENSEN & MARY JANE JENSEN
```

```
VASCULAR SURGEONS          UNSECURED      NOT FILED              .00            .00
VERIZON WIRELESS           UNSECURED      NOT FILED              .00            .00
VILLAGE OF HANOVER PARK    UNSECURED      NOT FILED              .00            .00
FREDERIC WEIL DPM          UNSECURED      NOT FILED              .00            .00
WORLDS GREATEST OLD TIME   UNSECURED      NOT FILED              .00            .00
STEVEN H MEVORAH           DEBTOR ATTY    1,400.00                          1,400.00
TOM VAUGHN                 TRUSTEE                                            983.32
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    16,018.40

PRIORITY                                                    .00
SECURED                                                2,319.40
UNSECURED                                             11,315.68
ADMINISTRATIVE                                         1,400.00
TRUSTEE COMPENSATION                                     983.32
DEBTOR REFUND                                               .00
                           ---------------       ---------------
TOTALS                     16,018.40                  16,018.40
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 06/25/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 04 B 44728 LYNN ALLEN JENSEN & MARY JANE JENSEN